# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| HASBROUCK SAND AND GRAVEL, INC. AND HLC LAND MANAGEMENT, LLC, | : | No. 130 WAL 2022 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| OIL CREEK TOWNSHIP ZONING HEARING BOARD, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.